# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **ELIZABETH D. STILES (CLARKE),** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 3:06CV506 |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## O R D E R

**THIS MATTER** is before the Court on Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" filed on April 13, 2007 (document #13). By Response filed on April 25, 2007, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of $1300.00 plus $24.52 for expenses and $350.00 for the initial filing fee, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. Plaintiff's "Motion For Award of Attorney Fees Pursuant to the Equal Access to Justice Act" (document #13) is **GRANTED IN PART**, to the extent that counsel for Plaintiff shall be paid the sum of $1300.00 for attorney fees, $24.52 for costs, and $350.00 for the initial filing fee, and **DENIED IN PART** as to the remaining amount sought in the motion.

2. No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 26, 2007

Carl Horn, III
United States Magistrate Judge